D/F FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ SEP 14 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

SIX CONTINENTS HOTELS, INC., and HOLIDAY HOSPITALITY FRANCHISING, INC.,

    Plaintiffs,

-against-

CPJFK, LLC, CHARLES S. MORAIS, and SUNIL MIR,

    Defendants.

-------------------------------------------------------------- X

09-CV-2021 (ARR) (JMA)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 11, 2012, from the Honorable Joan M. Azrack, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).[1]

The Clerk of the Court is therefore directed to enter judgment against defendants in the sum of $3,118,998.66 in unpaid fees, liquidated damages, prejudgment interest, and attorneys' fees and costs.

    SO ORDERED.

---

[1] There appears to be a typographical error on page 2, line 7 of the Report and Recommendation: the Agreement required CPJFK, and not HHFI, to pay monthly fees. I adopt the Report and Recommendation with this typographical correction.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: September 12, 2012
      Brooklyn, New York